**No. 09-7571. George Cleveland, Petitioner v. Larry W. Abernathy, Mayor of the City of Clemson, South Carolina, et al.**

559 U.S. 1032, 130 S. Ct. 1945, 176 L. Ed. 2d 408, 2010 U.S. LEXIS 2433.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1154, 130 S. Ct. 1152, 175 L. Ed. 2d 983, 2010 U.S. LEXIS 663.